No. 36,458

MAGNOLIA PETROLEUM COMPANY, *Appellee,*
v. JOHN W. MOYLE, *Appellant.*

(182 P. 2d 127)

FRANK O. RINDOM, judge. Opinion on second rehearing filed July 12, 1947. (For original opinion of reversal see 160 Kan. 722, 165 P. 2d 419; for opinion on rehearing see 162 Kan. 133, 175 P. 2d 133.)

*Roy C. Davis,* of Hutchinson, argued the cause, and *Warren H. White, Frank S. Hodge, Wm. H. Vernon, Eugene A. White* and *Robert Y. Jones,* all of Hutchinson, were with him on the briefs for the appellant.

*George C. Spradling,* of Wichita, argued the cause, and *Joseph G. Carey, W. F. Lilleston, Henry V. Gott, Ralph M. Hope,* all of Wichita, and *R. C. Russell,* of Great Bend, were with him on the briefs for the appellee.

The opinion of the court was delivered by

THIELE, J.: In the above entitled cause, on December 7, 1946, an opinion on rehearing, affirming the judgment of the trial court, a concurring opinion and three dissenting opinions were filed. (162 Kan. 133, 175 P. 2d 133.)

For what seemed to be sufficient reasons, a second rehearing was granted and additional briefs have been filed and the cause has been reargued.

Upon consideration of that rehearing the justices adhere to their respective views as expressed in the foregoing opinions.